UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-CV-20385

DION CHARLES MAPP,

    Plaintiff,

vs.

MERRICK INDUSTRIAL
MANAGEMENT
CORPORATION AND LONNY
ANGER,

    Defendants.
_____/

## MOTION FOR EXTENSION OF TRIAL AND FILING OF ALL TRIAL PREPARATION MATERIALS

Plaintiff, Dion Mapp, through his undersigned counsel, requests this Court to extend the trial deadline and the filing of all trial preparation materials pursuant to the Order Scheduling Trial and Order of Instructions Before Calendar Call at ECF No. 33 (the "Order"), and states:

1. This case is now scheduled for trial during the two-week trial period commencing on March 27, 2023, pursuant to the Court's Order at ECF No. 33.

2. The Order requires the parties to prepare certain materials in advance of the trial to be submitted by March 6, 2023 and March 13, 2023.

3. The parties are waiting for this Court's ruling on Defendant's Motion for Summary Judgment [ECF No. 20], which could dispose of all of Plaintiff's claims.

4. Based on past experience, undersigned counsel knows that the parties will expend significant time and money preparing the trial materials.

5. However, the effort spent on preparing those materials will be for naught if this Court grants Defendant's motion.

6. Therefore, Plaintiff respectfully requests that the parties be allowed to prepare the trial materials after receiving the Court's ruling on the Motion for Summary Judgment, if the ruling results in the case moving forward.

WHEREFORE Plaintiff, Dion Mapp, respectfully requests the Court to grant the requested extension of time.

## CERTIFICATE OF CONFERRAL

Pursuant to S.D. Fla. L.R. 7.1, I hereby certify that I contacted Defendant's counsel, Richard Tuschman, by phone regarding the relief requested in this Motion. Mr. Tuschman confirmed that Defendant does not oppose the relief sought herein.

Respectfully submitted on March 2, 2023.

/s/Toussaint Cummings, Esq.
Toussaint Cummings, Esq. (119877)
toussaint@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Ave.
Suite 770
Coral Gables, FL 33146
Tel:     305.230.4884
*Counsel for Plaintiff*