UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-CV-20385

DION CHARLES MAPP,

    Plaintiff,

vs.

MERRICK INDUSTRIAL MANAGEMENT CORPORATION AND LONNY ANGER,

    Defendants.

_____/

### ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TRIAL AND FILING ALL TRIAL PREPARATION MATERIALS

THIS CAUSE, having come before the Court on Plaintiff's Motion for Extension of Trial and Filing of All Trial Preparation Materials, and the Court, after having considered the Motion, the lack of opposition, and being otherwise fully advised, it is hereby:

**ORDERED AND ADJUDGED** that the Motion is hereby **GRANTED**:

The Parties will not have to file any materials indicated in this Court's Order at ECF No. 33 until after a ruling is made on the Defendant's Motion for Summary Judgment. The Court will reissue a new Order scheduling trial, if necessary, based on the ruling.

**DONE** and **ORDERED** in Chambers this ____ day of March 2023.

_____
BETH BLOOM
UNITED STATES DISTRICT JUDGE

Copies furnished to:
*Counsel of record by CM/ECF*