**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 22-cv-20385-BLOOM/Otazo-Reyes**

DION MAPP,

      Plaintiff,

v.

MERRICK INDUSTRIAL MANAGEMENT
CORPORATION, *et al.*,

      Defendants.

_____/

## <u>FINAL JUDGMENT</u>

**THIS CAUSE** is before the Court upon Defendants Merrick Industrial Management Corporation and Lonny Anger's Motion for Summary Judgment, ECF No. [20] ("Motion"), filed on December 5, 2022. For the reasons discussed in the Court's Order on Motion for Summary Judgment, ECF No. [36], Defendants' Motion is granted. Pursuant to Federal Rule of Civil procedure 58(a), the Court enters this separate Final Judgment.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Judgment is entered in favor of Defendants Merrick Industrial Management Corporation and Lonny Anger.

2. This case is **CLOSED** for administrative purposes only.

3. The Court retains jurisdiction over this matter to enter any post-judgment orders as necessary.

4. To the extent not otherwise disposed of, any scheduled hearings are **CANCELED**, all pending motions are **DENIED AS MOOT**, and all deadlines are **TERMINATED**.

Case No. 22-cv-20385-BLOOM/Otazo-Reyes

**DONE AND ORDERED** in Chambers at Miami, Florida, on March 7, 2023.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

2